ACCEPTED
06-15-00012-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/18/2015 4:37:42 PM
DEBBIE AUTREY
CLERK

## No. 06-15-00012-CR through 06-15-00017-CR

| | | |
|---|---|---|
| **GARY CHRISTOPHER MORROW,** | § | **IN THE COURT OF APPEALS** |
| **Appellant** | § | 6th COURT OF APPEALS |
| **V.** | § | **SIXTH JUDICIAL DISTRICT** |
| | § | |
| **STATE OF TEXAS,** | § | **TEXARKANA, TEXAS** |
| **Appellee** | § | |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/18/2015 4:37:42 PM
DEBBIE AUTREY
Clerk

### MOTION FOR EXTENSION OF TIME TO FILE BRIEF

COMES NOW the State of Texas, by and through her assistant criminal district attorney and presents this *Motion for Extension of Time to File Brief*, and in support thereof would respectfully show the Court the following:

1. The brief in this case is due to be filed on or before November 19, 2015. There have been no extensions of time requested by or granted to the State.

2. On November 9, 2015, counsel for the State was required to appear as lead trial counsel in cause no. CR-15-25309, styled *State of Texas v. Jerry Wayne Williams*, in the 336th District Court of Fannin County, Texas. Although the case resolved on that date without the necessity of trial, counsel for the State was nonetheless required to expend effort and attention in preparing it for trial.

3. Counsel for the State is also appellate counsel in PD-1385-15, PD-1386-15, PD-1387-15, and PD-1388-15, each styled *William James Akin v. State of Texas*, in the Texas Court of Criminal Appeals. Pursuant to this representation, counsel was required to respond to Appellant's petition for discretionary review. Said response was due on November 11, 2015.

4. Counsel for the State is also appellate counsel in *Ex Parte Johnny Richard*, WR-82949-01, a post-conviction writ of habeas corpus filed in the Texas Court of Criminal Appeals. Pursuant to this representation, counsel was required to attend and litigate a live evidentiary hearing on October 21, 2015, in the 336th District Court of Fannin County, Texas. Counsel was also required to prepare proposed findings of facts and conclusions of law for referral to the higher court. Said findings and conclusions were due on November 12, 2015.

5. Counsel for the State is also appellate counsel in *Ex Ricky Joe Shugart*, WR-83883-01, a post-conviction writ of habeas corpus filed in the Texas Court of Criminal Appeals. Pursuant to this representation, counsel was required to attend

and litigate a live evidentiary hearing on October 23, 2015, in the 336th District Court of Fannin County, Texas. Counsel was also required to prepare proposed findings of facts and conclusions of law for referral to the higher court. Said findings and conclusions were due on November 18, 2015.

6. The trial in this case lasted for approximately two weeks, and the record on appeal is voluminous. Moreover, Appellant has alleged five points of error, each of which must be responded to. The amount of preparation required for the above-described trials and appellate matters, as well as the considerable effort required of counsel on this particular appeal has deprived him of a sufficient opportunity to review the record in this case and prepare an adequate response to Appellant's points of error.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully prays this Court grant its motion and allow the State a 30-day extension of time in which to file its brief in this matter. The State further requests any and all such additional relief as this Court may deem just and appropriate.

Dated: <u>November 18, 2015</u>

Respectfully submitted,

/s/    *John B. Setterberg*
John B. Setterberg
State Bar No. 24043915
Assistant Criminal District Attorney
Fannin County, Texas
101 E. Sam Rayburn Dr., Ste. 301
Bonham, Texas 75418
903-583-7448
903-583-7682 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby represents that a true and correct copy of the foregoing was delivered to counsel for Appellant by electronic mail and deposit in counsel's mailbox in the Criminal District Attorney's office on this the 18th day of November, 2015.

/s/ *John B. Setterberg*

John B. Setterberg
Assistant Criminal District Attorney
Fannin County, Texas